# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5084

_____

VINCENT MEEKS,

 Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

 Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

August 8, 2019

PER CURIAM.

 The petition for writ of certiorari is denied on the merits.

WOLF, ROWE, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Vincent Meeks, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.